

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00770-CV

**IN RE** Kenneth Elbert **AMES**, Jr.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  December 5, 2012

PETITION FOR WRIT OF MANDAMUS DENIED

On November 14, 2012, Relator Kenneth Elbert Ames, Jr. filed a petition for writ of mandamus. On November 14, 2012, relator Kenneth Elbert Ames, Jr. filed a petition for writ of mandamus. The court has considered relator's petition, the responses of the respondent and the real party in interest, and relator's replies. The court is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2012CVG001668-D4, styled *In the Matter of the Marriage of Kenneth Elbert Ames, Jr. and Angelica Ames, a/k/a Angelica Maria Lopez-Fajardo and in the Interest of OA, DA, NA, and RA,* , pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.